JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTONIO LEONARDO
ALVARADO GARCIA,

               Petitioner,

     v.

MARKWAYNE MULLIN, et al.,

               Respondents.

Case No. 5:26-cv-02387-PD

**JUDGMENT**

    Pursuant to the Order Granting In Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Claim One and the remaining claims are dismissed without prejudice.

DATED: June 3, 2026

_____
Patricia Donahue
United States Magistrate Judge